**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUSAN M. BOLTZ-RUBINSTEIN,** | **:** | **CIVIL ACTION** |
| *Plaintiff*, | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **BANK OF AMERICA, N.A., et al.,** | **:** | **No. 25-cv-06533** |
| *Defendants*. | **:** | |

## ORDER

**AND NOW**, this **30th** day of **April 2026**, upon consideration of Defendants' Motion to Dismiss (ECF No. 38), Plaintiff's Response in Opposition (ECF No. 43), Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 42), and Defendants' Response in Opposition (ECF No. 44), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 38) is **GRANTED**.

2. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 42) is **DENIED**.

3. Plaintiff's Amended Complaint (ECF No. 29) is **DISMISSED with prejudice**.

4. The Clerk of the Court is **DIRECTED** to terminate the pending motions and close the case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**